

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | | |
|---|---|---|
| DIRECTV, INC., | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 1:03-CV-1405 (TH) |
| | § | |
| EVITA MATSON | § | |
| | § | |
| *Defendant.* | § | |

# ORDER ACKNOWLEDGING DISMISSAL
# BY NOTICE AND CLOSING CASE

Before the Court is a *Notice of Dismissal* [Clerk's Docket No. 4] filed July 5, 2005 by plaintiff DIRECTV, Inc. Rule 41(a)(1)(I) of the FEDERAL RULES OF CIVIL PROCEDURE provides that "an action may be dismissed by the plaintiff without order of the court . . . by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever occurs first."

The Court hereby **ACKNOWLEDGES** that plaintiff DIRECTV, Inc. has voluntarily dismissed his claims against defendant by notice before service of an answer or motion for summary judgment thereby.

**IT IS THEREFORE ORDERED** that the clerk is **DIRECTED** to close this case file.

**SO ORDERED.**

**SIGNED** this the 7 day of **July, 2005.**

_____
Thad Heartfield
United States District Judge